# EXHIBIT L





11:18

‹ 7    Vladimir Lounegov

May 9, 2019

Sleep well :)    11:43 AM ✓✓

Investors Mbanq
Point72
Jay Farber Fprime
FTV (Allan Hallquist)
Yann Ranchere (Anthemis)
Benji Gilinski
Capital One Ventures (Jaidev)
ING Ventures (Fred Hoffman)
Tyson Clark - Google Ventures
Lauren Kolodny - Aspect Ventures
Bloomberg
Differential Ventures (Alex Katz)
Josh Kurzon (reciprocal Ventures)
Simon (North Block Capital)
Jack (NGC - China)
GoldmanSachs
Miles Davis QED
Detalus - Joe Garea
Viaduct (vadim Balashov)
Nisa Amoils
Sep Alavi (White Star)
Alex Horvitz (HCS capital)
Citi Ventures (Luis)
Plaza Ventures (Rob Richards)
Warburg Pincus (Patrick Yang)
Kirk Wycoff (Patriot)
Napier Park (Ned May)
Sarah Morgenstern (Omidyar Networ
Deciens Capital (Daniel Kimerling)

Fintech Collective



11:18

‹ 7   **Vladimir Lounegov**

Viaduct (vadim Balashov)
Nisa Amoils
Sep Alavi (White Star)
Alex Horvitz (HCS capital)
Citi Ventures (Luis)
Plaza Ventures (Rob Richards)
Warburg Pincus (Patrick Yang)
Kirk Wycoff (Patriot)
Napier Park (Ned May)
Sarah Morgenstern (Omidyar Network)
Deciens Capital (Daniel Kimerling)

Fintech Collective

Investment bankers
FT
Ray Chandonnet
Corey Davis (BTIG)

Patricia Kemp - OAK FT
Bain Capital - Matt Harris or Brian Goldshmidt
Battery Ventured - Brandon Gleklen
11:43 AM

Talking to Napier Park today. And ING next Thursday.   11:44 AM

Will send more emails   11:44 AM

May 10, 2019

Are you alive?   11:28 AM