**AKIN GUMP STRAUSS HAUER & FELD LLP**
ASHLEY VINSON CRAWFORD (SBN 257246)
STEWART R. GILSON (SBN 325552)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:      415.765.9500
Facsimile:      415.765.9501
Email:          avcrawford@akingump.com
                sgilson@akingump.com

**SHUTTS & BOWEN LLP**
Harold E. Patricoff (*pro hac vice*)
Aleksey Shtivelman (*pro hac vice*)
Isabella Llano (*pro hac vice*)
200 S. Biscayne Boulevard, Suite 4100
Miami, Florida, 33131
Telephone:      (305) 358-6300
Email:          hpatricoff@shutts.com
                ashtivelman@shutts.com
                illano@shutts.com

Attorneys for Defendants
Alexander Lopatine, Park Capital
Holdings, LLC, Park Capital
Ventures LLC and HelloBuild, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINLINK, INC. d/b/a MBANQ, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER LOPATINE, et. al., <br><br> Defendants/Counterclaim Plaintiffs. <br><br> v. <br><br> FINLINK, INC. d/b/a MBANQ, <br><br> Counterclaim Defendant | CASE NO. 3:21-cv-6396-VC <br><br> [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED NOTICE OF MOTION, MOTION TO DISMISS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS IN COMPLIANCE WITH COURT'S STANDING ORDER** <br><br> <span style="color:red">AS MODIFIED</span> <br><br> Judge: Vince Chhabria <br> Department: Courtroom 4 – 17th Floor <br><br> Date Action Filed:  August 18, 2021 |

1

This matter came before the Court on the Defendants' Administrative Motion for Leave to File Amended Notice of Motion, Motion to Dismiss, and Memorandum of Points and Authorities in Support of Motion to Dismiss in Compliance with the Court's Standing Order. The Court, having considered the motion, and all related briefing and argument, and found it supported by good cause, hereby:

ORDERS that the Motion is GRANTED, and further

ORDERS that the Defendants' Amended Notice of Motion, Motion to Dismiss, and Memorandum of Points and Authorities in Support of Motion to Dismiss (the "Amended Motion") supersedes the Notice of Motion, Motion to Dismiss, and Memorandum of Points and Authorities in Support of Motion to Dismiss that the Defendants filed on September 17, 2021 (Doc. 13), and further

~~ORDERS that the Amended Motion shall be deemed filed on the date below of this Order~~.

ORDERS that the defendants file the Amended Motion on the docket within 7 days of this order.

Date:   October 4, 2021

Hon. Vince Chhabria
United States Dist

